IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-cv-00393-D

| | |
|---|---|
| ROBERT RAY MOOREFIELD,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) ORDER<br>)<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>) |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $4900.00, sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is dismissed with prejudice.

SO ORDERED, this 18 day of December 2014.

JAMES C. DEVER III
Chief United States District Judge