IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO.: 5:13-CV-00393-D

| | |
|---|---|
| ROBERT RAY MOOREFIELD, JR., ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) | ORDER FOR ATTORNEY FEES |

On motion of claimant's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b)(1), that claimant's counsel be awarded attorney fees in the amount of $14,922.75 and that claimant's counsel will then reimburse claimant $4,900.00, which was previously awarded to claimant's counsel.

SO ORDERED. This **30** day of May, 2017.

JAMES C. DEVER III
Chief United States District Judge