UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT RAY MOORFIELD, JR.,            )
                                       )
            Plaintiff,                 )
                                       )    **JUDGMENT IN A CIVIL CASE**
      v.                               )
                                       )    **CASE NO. 5:13-CV-393-D**
NANCY A. BERRYHILL, Acting Commissioner)
of Social Security,                    )
                                       )
            Defendant.                 )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to 42 U.S.C. § 406(b)(l), that claimant's counsel be awarded attorney fees in the amount of $14,922.75 and that claimant's counsel will then reimburse claimant $4,900.00, which was previously awarded to claimant's counsel.

**This Judgment Filed and Entered on May 31, 2017, and Copies To:**

| | |
|---|---|
| Daniel R. Lauffer | (via CM/ECF electronic notification) |
| Mark J. Goldberg | (via CM/ECF electronic notification) |
| Thomas M. Nanni | (via CM/ECF electronic notification) |

DATE:                           PETER A. MOORE, JR., CLERK
May 31, 2017              (By) /s/ Nicole Briggeman
                                Deputy Clerk